AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2017 MAR -2 AM 12
CLERK'S OFFICE
AT BALTIMORE
_____ DEPUTY

FILED _____ ENTERED
_____ LOGGED _____ RECEIVED
FEB 23 2017
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

United States of America
v.

DANIEL THOMAS HERSL

Case No. 17-0106

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   DANIEL THOMAS HERSL

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

RICO Conspiracy, 18 U.S.C. § 1962(d)
RICO, 18 U.S.C. § 1962(c)
Aiding and Abetting, 18 U.S.C. § 2

Date: 2-23-17

*Issuing officer's signature*

City and state:   Baltimore, Maryland

Beth P. Gesner, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 3/1/17, and the person was arrested on *(date)* 3/1/17
at *(city and state)* Baltimore, MD

Date: 3/1/17

*Arresting officer's signature*

Special Agent Robert E Gwynn
*Printed name and title*