IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2017 MAR -2  AM 12: 5⸗

CLERK'S OFFICE
AT BALTIMORE
DEPUTY

USMS-PRIS OPS
BALTIMORE, MD
2017 MAR -1  P 4: 21

UNITED STATES OF AMERICA

vs.                                    Case No.   JKB-17-0106

Daniel Thomas Hersl

\*

\*\*\*\*\*\*

### ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

Upon motion of the United States for Temporary Detention, it is ORDERED that a detention hearing is set for __Thursday 3/2/17__ (date) at __3:00__ (time) before __Stephanie A Gallagher__, United States Magistrate Judge, 101 West Lombard Street, Baltimore, Maryland 21201 Courtroom __7B__.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____) (Other Custodial Official) and produced for the hearing.

March 1, 2017
Date

Stephanie A. Gallagher   J. Mark Coulson
United States Magistrate Judge