IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WAYNE EARL JENKINS,<br><br>DANIEL THOMAS HERSL, and<br><br>MARCUS ROOSEVELT TAYLOR,<br><br>Defendants. | UNDER SEAL<br><br>Criminal No. JKB-17-0106<br><br>SEALED |

## MOTION TO SEAL SUPERSEDING INDICTMENT

The United States of America, by its attorneys, Stephen M. Schenning, Acting United States Attorney for the District of Maryland, Leo J. Wise and Derek E. Hines, Assistant United States Attorneys for said District, move this Honorable Court to order and direct that this Superseding Indictment and this motion be **SEALED** until further order of this Court, as the above-referenced defendants are currently in federal custody and the criminal investigation is ongoing.

**WHEREFORE**, the government requests that this Motion, the Order, the Superseding Indictment, and all other documents filed in this action be **sealed** until further order of the Court, and that one (1) copy of the signed Superseding Indictment be provided by the Clerk to the United States Attorney's Office.

Respectfully Submitted,

Stephen M. Schenning
Acting United States Attorney

Leo J. Wise
Derek E. Hines
Assistant United States Attorneys