**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | * |  |
| v. | * | **CRIMINAL NO. JKB-16-0051** |
| **ANTOINE WASHINGTON, et al.** | * |  |
| Defendants | * |  |

\* \* \* \* \* \* \* \* \* \* \* \*

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | * |  |
| v. | * | **CRIMINAL NO. JKB-17-0106** |
| **MOMODU BONDEVA KENTON GONDO, et al.** | * |  |
| Defendants | * |  |

\* \* \* \* \* \* \* \* \* \* \* \*

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | * |  |
| v. | * | **CRIMINAL NO. JKB-17-0357** |
| **THOMAS ROBERT FINNEGAN, et al.** | * |  |
| Defendants | * |  |

\* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

On October 6, 2017, the undersigned will assume the role of Chief Judge in this District. The chief judge carries a reduced case load in comparison to that of the other active judges. Also

on October 6, 2017, the current chief judge, the Hon. Catherine C. Blake, will resume regular, active service, with a full case load. Accordingly, after consultation and to assist in the appropriate adjustments of these case loads, the Clerk is DIRECTED to TRANSFER these matters from Judge Bredar to Judge Blake, effective immediately.

DATED this 1st day of August, 2017.

BY THE COURT:

_____/s/_____
James K. Bredar
United States District Judge