UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHAMBERS OF<br>CATHERINE C. BLAKE<br>CHIEF JUDGE | FILED<br>2017 AUG -2 AM 11: 32<br>CLERK'S OFFICE<br>AT BALTIMORE<br>BY_____DEPUTY | U.S. COURTHOUSE<br>101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-3220<br>Fax (410) 962-6836 |

August 2, 2017

MEMORANDUM TO COUNSEL RE: *United States v. Antoine Washington, et al.*
Criminal No. CCB-16-051

*United States v. Momodu Bondeva Kenton Gondo, et al.*
Criminal No. CCB-17-0106

*United States v. Thomas Robert Finnegan, et al.*
Criminal No. CCB-17-0357

Dear Counsel:

As you know, these cases recently were transferred to me by Judge Bredar. For now, all dates set by Judge Bredar will remain in place.

Sincerely yours,

*CCB*

Catherine C. Blake
United States District Judge

cc: Honorable James K. Bredar