**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| CHAMBERS OF<br>**CATHERINE C. BLAKE**<br>**DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-3220**<br>**Fax (410) 962-6836** |

November 16, 2017

MEMORANDUM TO COUNSEL

Re:    <u>United States v. Daniel Hersl and Marcus Taylor, Criminal No. CCB-17-0106</u>

Dear Counsel:

This will confirm the results of our telephone conference call today with government counsel and counsel for defendants Hersl and Taylor.

A status report from the government is due **December 8, 2017**.

The government's response to defense motions is now due **December 12, 2017**. A motions hearing is set for **December 19, 2017** at **2:00 p.m.** in Courtroom 7D.  Counsel should also hold the dates of December 18 and December 20, 2017, if needed, to reschedule the motions hearing.

Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

Sincerely yours,

/S/

Catherine C. Blake
United States District Judge

cc:    Steve Levin, Esquire