IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | * | |
| --- | --- | --- |
| | * | |
| v. | * | CRIMINAL NO. CCB-17-106 |
| | * | |
| WAYNE EARL JENKINS, et al., | * | |
| | * | |
| *Defendants.* | * | |

## GOVERNMENT'S PRETRIAL MOTIONS HEARING EXHIBIT LIST

| Exh. # | Description | Identified | Admitted |
| --- | --- | --- | --- |
| 1 | Transcript of Recorded Audio/Video Interview of Defendant Taylor on March 1, 2017 | DEC 19 2017 | DEC 19 2017 |
| 2 | Warning and Advice of Rights Consent Form Signed by Defendant Taylor on March 1, 2017 | DEC 19 2017 | DEC 19 2017 |
| 3 | DVD containing Audio/Video Interview of Defendant Taylor on March 1, 2017 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

1