IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA
**Plaintiff**        *

vs.               *        Case No.: CCB-17-0106

Daniel Hersl, Wayne Jenkins & Marcus Taylor   *
**Defendant**
                  *

\*\*\*\*\*\*

## Stipulation Regarding Return of Exhibits

The parties hereby **STIPULATE** that the below listed physical exhibits be returned to the custody of and retained by counsel who offered them, pending appeal.

| GOVERNMENT'S EXHIBITS | DEFENDANT'S EXHIBITS |
|---|---|
| ALL | ALL |
| All Government's exhibits returned: 12/19/17 | All Defendant's exhibits returned: 12/19/17 |

Received the above listed exhibits this date:

Counsel for Plaintiff(s)/Government: _[signature]_

Counsel for Defendant(s): _[signature]_

Date: December 19, 2017