# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARCUS ROOSEVELT TAYLOR, et al.<br><br>Defendants. | CRIMINAL NO. CCB-17-106 |

## GOVERNMENT'S MOTION TO SEAL MOTION *IN LIMINE*

The United States of America, by and through Stephen M. Schenning, Acting United States Attorney for the District of Maryland, and Leo J. Wise and Derek E. Hines, Assistant United States Attorneys, moves this Honorable Court to seal the government's Motion *In Limine*. The government submits that disclosure of such motion could thwart an ongoing criminal investigation.

Respectfully submitted,

Stephen M. Schenning
Acting United States Attorney for the
 District of Maryland

By: /s/
_____
Leo J. Wise
Derek E. Hines
Assistant United States Attorneys
United States Attorney's Office
36 S. Charles Street, 4th Floor
Baltimore, Maryland  21201
(410) 209-4800

1