



**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**DANIEL THOMAS HERSL, and MARCUS ROOSEVELT TAYLOR**<br><br>**Defendants.** | **CRIMINAL NO. CCB-17-106** |

FILED U.S. DISTRICT COURT DISTRICT OF MARYLAND 2018 FEB 13 AM 11:56 CLERK'S OFFICE AT BALTIMORE BY ___ DEPUTY

**GOVERNMENT'S EXHIBIT LIST**

| Exhibit | Description | Identified | Admitted |
|---|---|---|---|
| FBI-1 | Photograph of Daniel Hersl | JAN 25 2018 | JAN 25 2018 |
| FBI-2 | Photograph of Marcus Taylor | JAN 25 2018 | JAN 25 2018 |
| FBI-3 | Photograph of Wayne Jenkins | JAN 25 2018 | JAN 25 2018 |
| FBI-4 | Photograph of Momudo Gondo | JAN 25 2018 | JAN 25 2018 |
| FBI-5 | Photograph of Jemell Rayam | JAN 25 2018 | JAN 25 2018 |
| FBI-6 | Photograph of Evodio Hendrix | JAN 25 2018 | JAN 25 2018 |
| FBI-7 | Photograph of Maurice Ward | JAN 25 2018 | JAN 25 2018 |
| FBI-8 | Audio Recordings from Gondo's Phone | JAN 23 2018 | JAN 23 2018 |
| FBI-9 | Transcripts of Audio Recordings from Gondo's Phone | JAN 23 2018 | ID Only |
| FBI-10 | Audio Recordings from BPD Vehicle | JAN 29 2018 | JAN 29 2018 |
| FBI-11 | Transcripts from Audio Recordings from BPD Vehicle | JAN 29 2018 | ID Only |
| FBI-12a | Daniel Hersl's BPD Badge #880 | JAN 25 2018 | JAN 25 2018 |
| FBI-12b | Photograph of Daniel Hersl's BPD Badge #880 | JAN 25 2018 | JAN 25 2018 |

| | | | |
|---|---|---|---|
| FBI-13a | Daniel Hersl's GLOCK MODEL 22 SERIAL #HZT091 | JAN 25 2018 | JAN 25 2018 |
| FBI-13b | Photograph of Daniel Hersl's GLOCK MODEL 22 SERIAL #HZT091 | JAN 25 2018 | JAN 25 2018 |
| FBI-14a | Marcus Taylor's BPD Badge #926 | JAN 25 2018 | JAN 25 2018 |
| FBI-14b | Photograph of Marcus Taylor's BPD Badge #926 | JAN 25 2018 | JAN 25 2018 |
| FBI-15a | Marcus Taylor's BPD Plaque Badge #244 | JAN 25 2018 | JAN 25 2018 |
| FBI-15b | Photograph of Marcus Taylor's BPD Plaque Badge #244 | JAN 25 2018 | JAN 25 2018 |
| FBI-16a | Marcus Taylor's GLOCK 40 Caliber Model Serial #HZT408 | JAN 25 2018 | JAN 25 2018 |
| FBI-16b | Photograph of Marcus Taylor's GLOCK 40 Caliber Model Serial #HZT408 | JAN 25 2018 | JAN 25 2018 |
| FBI-17a | Marcus Taylor's WALTHER PPS AIR PISTOL (.177 Caliber) | JAN 25 2018 | JAN 25 2018 |
| FBI-17b | Photograph of Marcus Taylor's WALTHER PPS AIR PISTOL (.177 Caliber) | JAN 25 2018 | JAN 25 2018 |
| FBI-18a | Ballistic Vest of Marcus Taylor | JAN 29 2018 | JAN 29 2018 |
| FBI-18b | Photograph of Ballistic Vest of Marcus Taylor | FEB -6 2018 | FEB -6 2018 |
| FBI-19a | Large black canvass bag with gear recovered from BPD vehicle | JAN 23 2018 | JAN 23 2018 |
| FBI-19b | Photograph of Large black canvass bag with police gear recovered from BPD vehicle | JAN 29 2018 | JAN 29 2018 |
| FBI-20a | Large black canvass bag #2 with tools recovered from BPD vehicle | JAN 23 2018 | JAN 23 2018 |
| FBI-20b | Photograph of Large black canvass bag #2 with tools recovered from BPD vehicle | JAN 29 2018 | JAN 29 2018 |
| FBI-21a | Brass Knuckles recovered from BPD vehicle | | |
| FBI-21b | Photograph of Brass Knuckles recovered from BPD vehicle | | |
| FBI-22a | Second Set of Brass Knuckles recovered from BPD vehicle | JAN 29 2018 | JAN 29 2018 |
| FBI-22b | Photograph of Second Set of Brass Knuckles recovered from BPD vehicle | JAN 29 2018 | JAN 29 2018 |
| FBI-23 | BPD Policy with Law Enforcement Code of Ethics | | |

| | | | |
|---|---|---|---|
| FBI-24 | Duffle Bag (Grey) | JAN 23 2018 | JAN 23 2018 |
| FBI-25 | Chart (Salary/Overtime – Hersl and Taylor) | JAN 29 2018 | JAN 29 2018 |
| FBI-26 | Receipts - Home Depot/Lowes Hersl | FEB -5 2018 | FEB -5 2018 |
| FBI-27 | Timecard - Daniel Hersl | FEB -5 2018 | FEB -5 2018 |
| FBI-28 | United Airlines Flight Info | FEB -5 2018 | |
| | | | |
| OS-1 | Property Sheet signed by Hendrix and submitted by Hendrix for Demetrius Brown (Stephenson Passenger) Showing $15,000 U.S. Currency turned in to ECU, Photographs of money (four photos) | JAN 29 2018 | JAN 29 2018 |
| OS-2a | False Reenactment Video of Opening the Safe in Stevenson's Basement after Money Already Taken | JAN 23 2018 | JAN 23 2018 |
| OS-2b | Photograph of Safe From False Reenactment Video | | |
| OS-3 | DEA Receipt for Cash actually given by GTTF to DEA; Loomis Deposit Slip for $100,000 turned in to DEA. | JAN 25 2018 | JAN 25 2018 |
| OS-4 | Jail Call Audio | | |
| OS-5 | Jail Call Transcripts | | |
| OS-6 | Photograph of Marcus Taylor's Deck | JAN 29 2018 | JAN 29 2018 |
| OS-7 | | | |
| SW-1 | Seizure/Fire Form signed by McElhenney showing $7,650 submitted to DEA from Shawn Whiting 940 N. Gilmore Street | | |
| SW-2 | DEA Form 48a Disposition of NonDrug Evidence showing Loomis Deposit slip for $7,650 submitted to DEA | JAN 25 2018 | JAN 25 2018 |
| SW-3 | February 26, 2017 letter from Shawn Whitting to FBI | JAN 25 2018 | [signature] |
| SW-4 | Photograph of $16,320 in cash dated January 17, 2014 | JAN 25 2018 | JAN 25 2018 |
| SW-5 | Records of Whiting's Maryland Case – Nolle Prosequi (Dismissed) | | |
| SW-6 | Receipt for Cash - U.S. DOJ-DEA | JAN 25 2018 | JAN 25 2018 |
| SW-7 | Chart re: Shawn Whitting | JAN 25 2018 | JAN 25 2018 |
| OS-8 | Evidence Bags - Currency | JAN 25 2018 | JAN 25 2018 |

| | | | |
|---|---|---|---|
| AS-1 | Property Receipt for Santiful submitted for $218 turned in to ECU, Money Counter Receipt, Evidence Control Unit Property Sheet, Photograph of Money | FEB - 1 2018 | FEB - 1 2018 |
| AS-2 | Personal Property Receipt showing $0.65 returned to Santiful | FEB - 1 2018 | FEB - 1 2018 |
| AS-3 | Records of Santiful's Maryland Case – Nolle Prosequi (Dismissed) | | |
| AS-4 | Jail Call Audio | FEB - 1 2018 | FEB - 1 2018 |
| AS-5 | Jail Call Transcripts | FEB - 1 2018 | ID Only |
| AS-6 | Circuit Court of Md. - Case Info. (Santiful) | FEB - 1 2018 | ID Only |
| HT-1 | Property Receipt signed by Hersl and submitted by Hersl for $216 turned in to ECU, Money Counter Receipt; Evidence Control Unit Property Sheet; Photograph of Money | FEB - 1 2018 | FEB - 1 2018 |
| HT-2 | Personal Property Receipt showing only $0.91 returned to Tate | JAN 30 2018 | JAN 30 2018 |
| HT-3 | Records of Tate's Maryland Case – Nolle Prosequi (Dismissed) | | |
| HT-4 | Jail Call Audio | | |
| HT-5 | Jail Call Audio | | |
| HT-6 | Jail Call Transcripts | | |
| HT-7 | Photograph - Robb Street | JAN 30 2018 | JAN 30 2018 |
| JG-1 | Property Receipt for $4,903 turned in to ECU; Money Counter Receipt; Evidence Control Unit Property Sheet, Photographs of money (two photos) | FEB - 1 2018 | FEB - 1 2018 |
| JG-2 | Personal Property Receipt showing no money returned to Griffin's designee | FEB - 1 2018 | FEB - 1 2018 |
| JG-3 | Photograph of front of Griffin's home 3028 Pinewood Avenue | FEB - 1 2018 | FEB - 1 2018 |
| JG-4 | M&T Bank Documents for Griffin's Cousin, Tyrone Creighton | FEB - 1 2018 | FEB - 1 2018 |
| JG-5 | Chart Re: Jimmie Griffin | FEB - 1 2018 | FEB - 1 2018 |
| | | | |
| HT-8 | Photograph - Robb Street | JAN 30 2018 | JAN 30 2018 |
| HT-9 | Chart (Re: Tate) - Money | JAN 30 2018 | JAN 30 2018 |

| | | | |
|---|---|---|---|
| RB-1 | ECU Property Sheet showing No Money turned in to ECU | | |
| RB-2 | Personal Property Receipt showing no money returned to Benjamin | | |
| RB-3 | Records of Benjamin's Maryland Case – Nolle Prosequi (Dismissed) | | |
| | | | |
| RH-1 | Three Photographs of $50,000 cash in Sealed Bag given to Carroll County at Westminster | JAN 29 2018 | JAN 29 2018 |
| RH-2 | Notice of Seized Property from Carroll County State's Attorney to Ronald Hamilton | JAN 31 2018 | JAN 31 2018 |
| RH-3 | Receipts for Hamilton's Business | JAN 31 2018 | JAN 31 2018 |
| RH-4 | Automobile Sale Documents for Hamilton's Business | JAN 31 2018 | JAN 31 2018 |
| RH-5 | 2015 and 2014 Tax Returns for Hamiltons | | |
| RH-6 | Residential Lease Agreement for Maryland | | |
| RH-7 | Cashier's Check dated May 31, 2016 for $17,591.70 | | |
| RH-8a | Watch stolen during Robbery of Hamilton | JAN 31 2018 | JAN 31 2018 |
| RH-8b | Photograph of watch stolen during Robbery of Hamilton | | |
| RH-9 | Chart (re: Money - Hamilton) | JAN 31 2018 | JAN 31 2018 |
| DA-1 | Property Receipt for $2,833 turned in to ECU, Money Counter Receipt; Evidence Control Unit Property Sheet; Photographs of money (four photos) | JAN 29 2018 | JAN 29 2018 |
| DA-2 | Personal Property Receipt showing no money returned to Armstrong. | JAN 30 2018 | JAN 30 2018 |
| DA-3 | Stepp Phone Photo: Jenkins at Roulette Table at Delaware Park Casino | FEB - 1 2018 | FEB - 1 2018 |
| DA-4 | Stepp Phone Photo: Jenkins w Drugs and Money | FEB - 1 2018 | FEB - 1 2018 |
| DA-5 | Stepp Phone Photo: Stepp in BPD police gear | FEB - 1 2018 | FEB - 1 2018 |
| DA-6 | Stepp Phone Photo: Stepp in BPD police gear – shooting pose with BPD gun | FEB - 1 2018 | FEB - 1 2018 |
| DA-7 | Stepp Phone Photo: 3 GPS trackers | FEB - 1 2018 | FEB - 1 2018 |

| | | | |
|---|---|---|---|
| DA-8 | Stepp Phone Photo: Marcus Taylor and BPD officers entering Stevenson's residence. | FEB - 1 2018 | FEB - 1 2018 |
| DA-9 | Stepp Phone Photo: Swollen Ankle from Armstrong Robbery | FEB - 1 2018 | FEB - 1 2018 |
| DA-10 | Records of Armstrong's Maryland Case – Nolle Prosequi (Dismissed) | | |
| DA-11 | Stepp Phone Photo: Jenkins and Stepp at the Superbowl | FEB - 1 2018 | FEB - 1 2018 |
| DA-12 | Jail Call Audio | | |
| DA-13 | Jail Call Transcripts | | |
| DA-14 | Amazon Order List - Donald Stepp | FEB - 1 2018 | FEB - 1 2018 |
| SS-1 | Video of Storage Unit on September 7, 2016 | JAN 31 2018 | JAN 31 2018 |
| SS-2 | Photograph - 4 pictures | JAN 30 2018 | JAN 30 2018 |
| PP-1a | Hersl Overtime for Pay Period 1 | JAN 29 2018 | JAN 29 2018 |
| PP-2a | Taylor Overtime for Pay Period 2 | JAN 29 2018 | JAN 29 2018 |
| PP-2b | Jenkins Overtime for Pay Period 2 | JAN 29 2018 | JAN 29 2018 |
| PP-2c | Gondo Overtime for Pay Period 2 | JAN 29 2018 | JAN 29 2018 |
| PP-2d | Hendrix Overtime for Pay Period 2 | JAN 29 2018 | JAN 29 2018 |
| PP-2e | Ward Overtime for Pay Period 2 | JAN 23 2018 | JAN 23 2018 |
| PP-3a | Hersl Overtime for Pay Period 3 | JAN 29 2018 | JAN 29 2018 |
| PP-3b | Taylor Overtime for Pay Period 3 | JAN 29 2018 | JAN 29 2018 |
| PP-3c | Gondo Overtime for Pay Period 3 | JAN 29 2018 | JAN 29 2018 |
| PP-3d | Rayam Overtime for Pay Period 3 | JAN 29 2018 | JAN 29 2018 |
| PP-3e | Hendrix Overtime for Pay Period 3 | JAN 29 2018 | JAN 29 2018 |
| PP-3f | Ward Overtime for Pay Period 3 | JAN 23 2018 | JAN 23 2018 |

DA-15 - Photographs JAN 30 2018 JAN 30 2018

DA-16 - Chart (Re: Money) JAN 30 2018 JAN 30 2018

| | | | |
|---|---|---|---|
| PP-4a | Hersl Overtime for Pay Period 4 | JAN 29 2018 | JAN 29 2018 |
| PP-4b | Taylor Overtime for Pay Period 4 | JAN 29 2018 | JAN 29 2018 |
| PP-4c | Jenkins Overtime for Pay Period 4 | JAN 29 2018 | JAN 29 2018 |
| PP-4d | Gondo Overtime for Pay Period 4 | JAN 29 2018 | JAN 29 2018 |
| PP-4e | Rayam Overtime for Pay Period 4 | JAN 29 2018 | JAN 29 2018 |
| PP-4f | Hendrix Overtime for Pay Period 4 | JAN 29 2018 | JAN 29 2018 |
| PP-4g | Ward Overtime for Pay Period 4 | JAN 23 2018 | JAN 23 2018 |
| PP-5a | Hersl Overtime for Pay Period 5 | JAN 29 2018 | JAN 29 2018 |
| PP-5b | Taylor Overtime for Pay Period 5 | JAN 29 2018 | JAN 29 2018 |
| PP-5c | Jenkins Overtime for Pay Period 5 | JAN 29 2018 | JAN 29 2018 |
| PP-5d | Rayam Overtime for Pay Period 5 | JAN 29 2018 | JAN 29 2018 |
| PP-6a | Hersl Overtime for Pay Period 6 | JAN 29 2018 | JAN 29 2018 |
| PP-6b | Taylor Overtime for Pay Period 6 | FEB -5 2018 | FEB -5 2018 |
| PP-6c | Gondo Overtime for Pay Period 6 | JAN 29 2018 | JAN 29 2018 |
| PP-6d | Rayam Overtime for Pay Period 6 | JAN 29 2018 | JAN 29 2018 |
| | | | |
| PP-1b | Gondo Overtime for 6-24-2016 | FEB -5 2018 | FEB -5 2018 |
| PP-5e | Gondo Overtime for 7-29-2016 | FEB -5 2018 | FEB -5 2018 |
| | | | |
| | | | |
| | | | |