## UNITED STATES OF AMERICA

vs.

## DANIEL HERSL

**Criminal No. CCB-17-0106**             **Defendant's Trial Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 1/25/2018 | 1/25/2018 | Google Map (Western District Area) |
| 2 | 1/25/2018 | 1/25/2018 | Google Map (Eastern District Area) |
| 3 | 1/25/2018 | 1/25/2018 | Photo – Belvedere Towers |
| 4 | 1/25/2018 | **ID ONLY** | Indictment |
| 5 | 1/29/2018 | **ID ONLY** | FBI 302 |
| 6 | 1/30/2018 | **ID ONLY** | Proffer Meeting Notes 3/24 |
| 7 | 1/30/2018 | ID ONLY | Affidavit of Warrant |
| 8 | 1/30/2018 | 1/30/2018 | Photograph – 2723 Fairmount Street |
| 9 | 1/30/2018 | 1/30/2018 | Photograph – 2721 Fairmount Street |
| 10 | 1/30/2018 | 1/30/2018 | Photograph – Hamilton House |
| 11 | 1/30/2018 | 1/30/2018 | Photograph – Hamilton House |
| 12 | | | |
| 13 | 1/30/2018 | **ID ONLY** | Rayam Plea Agreement |
| 14 | 1/30/2018 | 1/30/2018 | Photograph – Robb Street |
| 15 | 1/30/2018 | 1/30/2018 | Photograph – Robb Street |
| 16 | 1/30/2018 | 1/30/2018 | Photograph – Robb Street |
| 17 | 1/30/2018 | **ID ONLY** | FBI 302 |
| 18 | 1/30/2018 | 1/30/2018 | Photograph – Money re: Tate Arrest |
| 19 | 1/30/2018 | **ID ONLY** | Criminal Record for Dennis J. Armstrong |
| 20 | 1/31/2018 | 1/31/2018 | Photo – 2717 Fairmont Street |

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 21a | 1/31/2018 | 1/31/2018 | Maryland Live! Casino – Annual Activity for Calendar Year 2015 |
| 21b | 1/31/2018 | 1/31/2018 | Maryland Live! Casino – Annual Activity for Calendar Year 2016 |
| 22 | 1/31/2018 | 1/31/2018 | Maryland Live! Casino – Annual Activity for Calendar Year 2016 – (Jan. – Oct. 2016) |
| 23 | 2/1/2018 | 2/1/2018 | Photograph – Double D Bail Bonds |
| 24 | 2/1/2018 | 2/1/2018 | Photograph – Aiken Street |
| 25 | | | |
| 26 | 2/1/2018 | **ID ONLY** | FBI 302 – Antonio Santiful |
| 27 | 2/1/2018 | 2/1/2018 | Handgun w/ Bullets (found in Sister's car - A. Santiful) |
| 28 | 2/1/2018 | 2/1/2018 | M&T Bank Statement – Samara Irby |
| 29*** | 2/1/2018 | 2/1/2018 | Red Bandana |
| 30**** | 2/1/2018 | 2/1/2018 | Digital Scales |
| 31**** | 2/1/2018 | 2/1/2018 | Heroin – 100 grams (seized from Jimmie Griffin's house) |
| 32***** | 2/1/2018 | 2/1/2018 | Firearm retrieved from Jimmie Griffin's house |
| 33 | 2/5/2018 | **ID ONLY** | FBI 302 dated 7/14/2016 |
| 34 | 2/5/2018 | **ID ONLY** | Document |
| 35 | | | |
| 36 | 2/6/2018 | 2/6/2018 | Photograph – Jimmie Griffin |
| 37 | 2/6/2018 | 2/6/2018 | Evidence Form dated 11/5/2014 |
| 38 | | | |
| 39 | 2/6/2018 | 2/6/2018 | Evidence Control Unit Property Sheet |
| | | | |
| | | | |

****RETAINED BY AUSA

Exhibit List (Rev. 3/1999)