IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA
**Plaintiff**                               *

vs.                                         *          Criminal **Case No.: CCB-17-0106**

**DANIEL HERSL & MARCUS TAYLOR**            *
**Defendant**
                                            *

******

### Stipulation Regarding Return of Exhibits

The parties hereby **STIPULATE** that the below listed physical exhibits be returned to the custody of and retained by counsel who offered them, pending appeal.

| GOVERNMENT'S EXHIBITS | DEFENDANT'S EXHIBITS |
|---|---|
| ALL | HERSL - ALL |
|  | TAYLOR - ALL |
| All Government's exhibits returned: _____ | All Defendant's exhibits returned: _____ |

Received the above listed exhibits this date:

Counsel for Government:                     Counsel for Defendant(s):

_____                   _____
                                            William B. Purpura, Esq.  (paralegal for defendant)

_____                   _____
Leo Wise, AUSA                              Jennifer Wicks, Esq.  (paralegal for defendant)

Date: 2/12/18

U.S. District Court (Rev. 5/2000) - Stipulation Regarding Return of Exhibits