IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | Criminal No. CCB 17-106 |
|---|---|
| v. | |
| DANIEL THOMAS HERSL | |
| and | |
| MARCUS ROOSEVELT TAYLOR, | |
| Defendants | |

## VERDICT FORM

### COUNT ONE

We the Jury, find the Defendant **DANIEL THOMAS HERSL**, with respect to Count One, Racketeering Conspiracy:

Guilty __✓__     Not Guilty _____

If your answer is "Not Guilty," simply proceed directly to your verdict as to Defendant TAYLOR on Count One. If your answer is "Guilty" you must answer the following question:

You must all agree that either the defendant or another member of the conspiracy agreed to commit at least two racketeering acts. Please identify which two racketeering acts you unanimously find that either the defendant or another member of the conspiracy agreed to commit (check AT LEAST two):

**Racketeering Act Six** (February 17, 2016, Raytawn Benjamin)     ✓

**Racketeering Act Eight** (March 22, 2016, Oreese Stevenson)     _____

**Racketeering Act Ten** (July 8, 2016, Ronald and Nancy Hamilton)     ✓

**Racketeering Act Eleven** (August 8, 2016, Dennis Armstrong)     ✓

**Racketeering Act Twelve** (September 7, 2016, Sergio Summerville)     _____

**Racketeering Act Fourteen** (July 6, 2016, interstate wire – HERSL)     ✓

**Racketeering Act Fifteen** (July 20, 2016, interstate wire – HERSL) _____

**Racketeering Act Seventeen** (July 20, 2016, interstate wire – TAYLOR) _____

**Racketeering Act Eighteen** (August 3, 2016, interstate wire – HERSL) _____

**Racketeering Act Twenty** (August 3, 2016, interstate wire – TAYLOR) _____

**Racketeering Act Twenty-One** (August 17, 2016, interstate wire – HERSL) _____

**Racketeering Act Twenty-Two** (August 17, 2016, interstate wire – TAYLOR) _____

# COUNT ONE Cont.

We the Jury, find the Defendant **MARCUS ROOSEVELT TAYLOR**, with respect to Count One, Racketeering Conspiracy:

Guilty ✓                  Not Guilty _____

If your answer is "Not Guilty," simply proceed directly to your verdict as to Defendant HERSL on Count Two. If your answer is "Guilty" you must answer the following question:

You must all agree that either the defendant or another member of the conspiracy agreed to commit at least two racketeering acts. Please identify which two racketeering acts you unanimously find that either the defendant or another member of the conspiracy agreed to commit (check AT LEAST two):

**Racketeering Act Six** (February 17, 2016, Raytawn Benjamin)    ✓

**Racketeering Act Eight** (March 22, 2016, Oreese Stevenson)    ✓

**Racketeering Act Ten** (July 8, 2016, Ronald and Nancy Hamilton)    _____

**Racketeering Act Eleven** (August 8, 2016, Dennis Armstrong)    _____

**Racketeering Act Twelve** (September 7, 2016, Sergio Summerville)    _____

**Racketeering Act Fourteen** (July 6, 2016, interstate wire – HERSL)    _____

**Racketeering Act Fifteen** (July 20, 2016, interstate wire – HERSL)    _____

**Racketeering Act Seventeen** (July 20, 2016, interstate wire – TAYLOR)    _____

**Racketeering Act Eighteen** (August 3, 2016, interstate wire – HERSL)    _____

**Racketeering Act Twenty** (August 3, 2016, interstate wire – TAYLOR)    ✓

**Racketeering Act Twenty-One** (August 17, 2016, interstate wire – HERSL)    _____

**Racketeering Act Twenty-Two** (August 17, 2016, interstate wire – TAYLOR)    _____

3

# COUNT TWO

We the Jury, find the Defendant **DANIEL THOMAS HERSL**, with respect to Count Two, Racketeering:

Guilty __✓__     Not Guilty _____

If your answer is "Not Guilty," simply proceed directly to your verdict as to Defendant **TAYLOR** on Count Two. If your answer is "Guilty" you must answer the following questions:

Which of the following Racketeering Acts did you unanimously find that Defendant **HERSL** committed:

## Racketeering Act Three (November 5, 2014, Jimmie Griffin)

You may only find that Defendant **HERSL** committed (a) or (b) but NOT both:

a. committed robbery in violation of Maryland Criminal Code § 3-402.

   Proved __✓__     Not Proved _____

b. committed extortion in violation of Maryland Criminal Code § 3-702;

   Proved _____     Not Proved _____

If you find the Defendant committed extortion, which kind of extortion do you unanimously find the Defendant committed (check one or both):

Extortion by wrongful use of actual and threatened force and violence _____

Extortion under color and pretense of office: _____

4

**Racketeering Act Four (November 27, 2015, Herbert Tate)**

You may only find that Defendant **HERSL** committed (a) or (b) but NOT both:

a. committed robbery in violation of Maryland Criminal Code § 3-402.

   Proved ____✓____    Not Proved _____

b. committed extortion in violation of Maryland Criminal Code § 3-702;

   Proved _____    Not Proved _____

If you find the Defendant committed extortion, which kind of extortion do you unanimously find the Defendant committed (check one or both):

Extortion by wrongful use of actual and threatened force and violence    _____

Extortion under color and pretense of office:    _____


**Racketeering Act Five (November 28, 2015, Antonio Santiful)**

You may only find that Defendant **HERSL** committed (a) or (b) but NOT both:

a. committed robbery in violation of Maryland Criminal Code § 3-402.

   Proved ____✓____    Not Proved _____

b. committed extortion in violation of Maryland Criminal Code § 3-702;

   Proved _____    Not Proved _____

If you find the Defendant committed extortion, which kind of extortion do you unanimously find the Defendant committed (check one or both):

Extortion by wrongful use of actual and threatened force and violence    _____

Extortion under color and pretense of office:    _____

### Racketeering Act Ten (July 8, 2016, Ronald and Nancy Hamilton)

If you find that Defendant **HERSL** committed (a) or (b) or both, STOP:

    a. unlawfully conspired together with others to commit robbery in violation of Maryland Criminal Code § 1-203 and § 3-402;

        Proved ____✓____   Not Proved _____

    b. committed robbery in violation of Maryland Criminal Code § 3-402.

        Proved ____✓____   Not Proved _____

If you did NOT find that the Defendant committed (a) or (b), did you unanimously find that the defendant committed (c) or (d) or both:

    c. unlawfully conspired with others to commit extortion in violation of Maryland Criminal Code § 1-203 and § 3-702:

        Proved _____   Not Proved _____

    d. committed extortion in violation of Maryland Criminal Code § 3-702:

        Proved _____   Not Proved _____

If you find (c) or (d) or both, which kind or kinds of extortion do you unanimously find the Defendant committed (check one or both):

Extortion by wrongful use of actual and threatened force and violence  _____

Extortion under color and pretense of office:  _____

### Racketeering Act Eleven (August 8, 2016, Dennis Armstrong)

If you find that Defendant **HERSL** committed (a) or (b) or both, STOP:

    a. unlawfully conspired together with others to commit robbery in violation of Maryland Criminal Code § 1-203 and § 3-402;

        Proved _____ Not Proved \_\_\_✓\_\_\_\_

    b. committed robbery in violation of Maryland Criminal Code § 3-402.

        Proved _____ Not Proved \_\_\_✓\_\_\_\_

If you did NOT find that the Defendant committed (a) or (b), did you unanimously find that the defendant committed (c) or (d) or both:

    c. unlawfully conspired with others to commit extortion in violation of Maryland Criminal Code § 1-203 and § 3-702:

        Proved _____ Not Proved \_\_\_✓\_\_\_\_

    d. committed extortion in violation of Maryland Criminal Code § 3-702:

        Proved _____ Not Proved \_\_\_✓\_\_\_\_

If you find (c) or (d) or both, which kind or kinds of extortion do you unanimously find the Defendant committed (check one or both):

    Extortion by wrongful use of actual and threatened force and violence _____

    Extortion under color and pretense of office: _____

**Racketeering Act Fourteen** (July 6, 2016, interstate wire – HERSL)

    Proved ____✓____        Not Proved _____

**Racketeering Act Fifteen** (July 20, 2016, interstate wire – HERSL)

    Proved ____✓____        Not Proved _____

**Racketeering Act Eighteen** (August 3, 2016, interstate wire – HERSL)

    Proved ____✓____        Not Proved _____

**Racketeering Act Twenty One** (August 17, 2016, interstate wire – HERSL)

    Proved ____✓____        Not Proved _____

# COUNT TWO Cont.

We the Jury, find the Defendant **MARCUS ROOSEVELT TAYLOR**, with respect to Count Two, Racketeering

Guilty __✓__          Not Guilty _____

If your answer is "Not Guilty," simply proceed directly to Count Three. If your answer is "Guilty" you must answer the following questions:

Which of the following Racketeering Acts did you find that the Defendant **TAYLOR** committed:

**Racketeering Act Two (January 24, 2014, Shawn Whitting)**

If you find that Defendant **TAYLOR** committed (a) or (b) or both, STOP:

a. unlawfully conspired together with others to commit robbery in violation of Maryland Criminal Code § 1-203 and § 3-402;

   Proved __✓__          Not Proved _____

b. committed robbery in violation of Maryland Criminal Code § 3-402.

   Proved _____          Not Proved __✓__

If you did NOT find that the Defendant committed (a) or (b), did you unanimously find that the Defendant committed (c) or (d) or both:

c. unlawfully conspired with others to commit extortion in violation of Maryland Criminal Code § 1-203 and § 3-702:

   Proved _____          Not Proved _____

d. committed extortion in violation of Maryland Criminal Code § 3-702:

   Proved _____          Not Proved _____

9

If you find (c) or (d) or both, which kind or kinds of extortion do you unanimously find the Defendant committed (check one or both):

Extortion by wrongful use of actual and threatened force and violence _____

Extortion under color and pretense of office: _____

**Racketeering Act Six (February 17, 2016, Raytawn Benjamin)**

If you find that Defendant **TAYLOR** committed (a) or (b) or both, STOP:

a. unlawfully conspired together with others to commit robbery in violation of Maryland Criminal Code § 1-203 and § 3-402;

Proved _____    Not Proved ___✓___

b. committed robbery in violation of Maryland Criminal Code § 3-402.

Proved _____    Not Proved ___✓___

If you did NOT find that Defendant **TAYLOR** committed (a) or (b), did you unanimously find that the Defendant committed (c) or (d) or both:

c. unlawfully conspired with others to commit extortion in violation of Maryland Criminal Code § 1-203 and § 3-702:

Proved _____    Not Proved ___✓___

d. committed extortion in violation of Maryland Criminal Code § 3-702:

Proved _____    Not Proved ___✓___

If you find (c) or (d) or both, which kind or kinds of extortion do you unanimously find the Defendant committed (check one or both):

Extortion by wrongful use of actual and threatened force and violence _____

Extortion under color and pretense of office: _____

**Racketeering Act Eight** (March 22, 2016, Oreese Stevenson):

If you find that the Defendant **TAYLOR** committed (a) or (b) or both, STOP:

a. unlawfully conspired together with others to commit robbery in violation of Maryland Criminal Code § 1-203 and § 3-402;

Proved ___✓___   Not Proved _____

b. committed robbery in violation of Maryland Criminal Code § 3-402.

Proved ___✓___   Not Proved _____

If you did NOT find that the Defendant **TAYLOR** committed (a) or (b), did you unanimously find that the Defendant committed (c) or (d) or both:

c. unlawfully conspired with others to commit extortion in violation of Maryland Criminal Code § 1-203 and § 3-702:

Proved _____   Not Proved _____

d. committed extortion in violation of Maryland Criminal Code § 3-702:

Proved _____   Not Proved _____

If you find (c) or (d) or both, which kind or kinds of extortion do you unanimously find the Defendant committed (check one or both):

Extortion by wrongful use of actual and threatened force and violence _____

Extortion under color and pretense of office: _____

11

**Racketeering Act Twelve (September 7, 2016, Sergio Summerville):**

If you find that the Defendant TAYLOR committed (a) or (b) or both, STOP:

    a. unlawfully conspired together with others to commit robbery in violation of Maryland Criminal Code § 1-203 and § 3-402;

        Proved ___✓___  Not Proved _____

    b. committed robbery in violation of Maryland Criminal Code § 3-402.

        Proved _____  Not Proved ___✓___

If you did NOT find that Defendant **TAYLOR** committed (a) or (b), did you unanimously find that the Defendant committed (c) or (d) or both:

    c. unlawfully conspired with others to commit extortion in violation of Maryland Criminal Code § 1-203 and § 3-702:

        Proved _____  Not Proved _____

    d. committed extortion in violation of Maryland Criminal Code § 3-702:

        Proved _____  Not Proved _____

If you find (c) or (d) or both, which kind or kinds of extortion do you unanimously find the Defendant committed (check one or both):

Extortion by wrongful use of actual and threatened force and violence _____

Extortion under color and pretense of office: _____

**Racketeering Act Seventeen** (July 20, 2016, interstate wire – TAYLOR)

    Proved   ✓   Not Proved _____

**Racketeering Act Twenty** (August 3, 2016, interstate wire – TAYLOR)

    Proved   ✓   Not Proved _____

**Racketeering Act Twenty-Two** (August 17, 2016, interstate wire – TAYLOR)

    Proved   ✓   Not Proved _____

## COUNT THREE

We the Jury, find the Defendant **MARCUS ROOSEVELT TAYLOR**, with respect to Count Three, Hobbs Act Robbery and Extortion:

Guilty ___✓___    Not Guilty _____

If your answer is "Not Guilty," then I instruct you that you must find the Defendant **MARCUS ROOSEVELT TAYLOR** "Not Guilty" of Count Four.

If your answer is "Guilty" you must answer the following questions:

We the Jury, unanimously find that the Defendant violated the Hobbs Act through (choose one):

Robbery ___✓___    Extortion _____

## COUNT FOUR

We the Jury, find the Defendant **MARCUS ROOSEVELT TAYLOR**, with respect to Count Four, Possession of a Firearm in Furtherance of a Crime of Violence:

Guilty _____    Not Guilty ___✓___

## COUNT FIVE

We the Jury, find the Defendant **DANIEL THOMAS HERSL**, with respect to Count Five, Hobbs Act Robbery and Extortion:

Guilty ___✓___   Not Guilty _____

If your answer is "Not Guilty," then I instruct you that you must find the Defendant **DANIEL THOMAS HERSL** "Not Guilty" of Count Six.

If your answer is "Guilty" you must answer the following questions:

We the Jury, unanimously find that the Defendant violated the Hobbs Act through (choose one):

Robbery ___✓___   Extortion _____

## COUNT SIX

We the Jury, find the Defendant **DANIEL THOMAS HERSL**, with respect to Count Six, Possession of a Firearm in Furtherance of a Crime of Violence:

Guilty _____   Not Guilty ___✓___

The foregoing constitutes the unanimous verdict of the jury.

**SIGNATURE REDACTED**
FOREPERSON         2/12/18
                   DATE

15