Judge: Catherine C. Blake

Your Honor it has come to my attention that the U.S. Attorney's Office released previously sealed documents to the Baltimore Sun Regarding the Federal Investigation of the G.T.T.F. To my understanding, the Sun thought that these documents should be public information so the real story behind the G.T.T.F. would become transparent to their readers. I think that it is fair that I receive the the same documents that the U.S. Attorney's office released to the Baltimore Sun. I truly believe that in these documents there is pertinent information regarding my innocence involving any conspiracy and racketeering crimes. Your Honor I'm currently without any legal representation at this time, outside of my appeal. I'm unable to afford an attorney after my first trial drained me financially. Respectfully, I request that the U.S. Attorney's office be ordered to provide to me a copy of the same unsealed documents, in their entirety, that were released to the Sun. I would like to examine them for any evidence that would show my innocence.
Thank You for your time Your Honor.

FILED ___ ENTERED
LODGED ___ RECEIVED

SEP - 9 2019

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Sincerely
Daniel T. Hersl
Daniel Hersl

Daniel T. Hersl #62926-037
Quarters; 8-2

Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

Inspected By
Court Security Office

SEP 0 9 2019

Baltimore, MD

Catherine C. Blake, District Judge
101 W. Lombard ST.
Chambers 7D
Balto. MD. 21202

17-CR-0106

21201-260599