**GTTF Warrant Timeline**  **EXHIBIT A**  Page 1 of 3

| Target | Phone | 2013 | 2014 | 2015 | 2016 Jan | Feb | Mar. | Apr | May | June | July | Aug | Sept | Oct | Nov | Dec | 2017 Jan | Feb | Mar. | Apr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gondo | 443-513-1994 | | | | | | 14 | (1) | 13 | | | | | | | | | | | |
| Gondo | 443-513-1993 | | | | | | | | | 16 | (3) | 15 | 26 (12) | 25 | | | | | | |
| Gondo | 443-513-1994 | | | | | | | 28 | | | 26 | 28 | | | | | | | | |
| Gondo | 443-513-1993 | | | | | | | | | | 26 | 28 | 27 | | | | | | | |
| Gondo | 443-255-8819 | 1 | | | | | (6) | | | | | 8 | | | | | | | | |
| Gondo | Tracker 7026155 | | | xxx | | | | | (8) | | | | 10 | | | | | | | |
| Gondo | Tracker 7104242 | | | xxx | | | | | (8) | | | | 10 | | | | | | | |
| Gondo | 443-513-1993 | | | | | | | | | | | | | 26 | (10) 19 | | | | | |
| Gondo | 443-513-1994 | | | | | | 1 | | (11) | | | | 26 | | | | | | | |
| Gondo | 443-513-1993 | | | | | | 1 | | (11) | | | | 26 | | | | | | | |
| Gondo | 443-513-1993 | | | | | | | | | | | | | | 21 (15) | 5 | | 1 (19) | | |
| Gondo | 443-513-1993 | | | | | | | | | | | | | | 21 (16) | 20 | | | | |
| Gondo | 443-513-1993 | | | | 1 | | | | | (18) | | | | | | | | 28 | | |
| Gondo | 443-513-1994 | | | | | | | | | | | | | | | | | 24 (20) | 10 | |
| Rayam | 443-314-3621 | | | | | | | 18 | (2) | (5) | | 14 | 5 (7) | 4 | | | | | | |
| Rayam | 443-314-3621 | 1 | | | | | (6) | | | | | 8 | | | | | | | | |
| Rayam | 443-314-3621 | | | | | | | | | | | | 19 | (9) 26 | | | | | | |
| Rayam | 443-314-3621 | | | | | | 1 | | (13) | | | | 31 | | | | | | | |
| Rayam | 410-375-0685 | | | | | | 1 | | (13) | | | | 31 | | | | | | | |
| Rayam | 443-314-3621 | | | | | | | | | | | | | | 28 (15) | 5 | | 1 (19) | | |
| Rayam | 443-314-3621 | | | | | | | | | | | | | | 21 (16) | 20 | | | | |
| Clewell | | 1 | | | | | (6) | | | | | 8 | | | | | | | | |
| Clewell | Tracker 7103159 | | | xxx | | | | | (8) | | | | 10 | | | | | | | |
| Clewell | Tracker 7101293 | | | xxx | | | | | (8) | | | | 10 | | | | | | | |
| Clewell | 410-900-6668 | | | | | 1 | | (13) | | | | | 31 | | | | | | | |
| Allers | 443-938-3081 | | | | | 1 | | (13) | | | | | 31 | | | | | | | |

Legend: Pen Reg., Rec./Info, Tap, (X) Warrant Number, X Beginning Day, X Ending Day, Search, Track, Track Info

# GTTF Warrant Timeline

## EXHIBIT A

| Target | Phone | 2013 | 2014 | 2015 | 2016 Jan | Feb | Mar. | Apr | May | June | July | Aug | Sept | Oct | Nov | Dec | 2017 Jan | Feb | Mar. | Apr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jenkins | 443-955-8818 | | | | | | | | | | | 26 | (10) | 19 | | | | | | |
| Jenkins | 443-955-8818 | | | | 1 | | | (11) | | | | 26 | | | | | | | | |
| Jenkins | 443-955-8818 | | | | | | | | | | | 26 | (12) | 25 | | | | | | |
| Jenkins | 443-955-8818 | | | | | | | | | | | | | 21 | (15) | 5 | 1 (19) | | | |
| Jenkins | 443-955-8818 | | | | | | | | | | | | | 21 | (16) | 20 | | | | |
| Jenkins | 443-955-8818 | | | 1 | | | | | | (18) | | | | | | | 28 | | | |
| Wells | 443-915-0721 | | | | | | | | 17 | (4) | | 16 | | | | | | | | |
| Wells | 443-622-1418 | 1 | | | | | (6) | | | | 8 | | | | | | | | | |
| Wells | 443-255-8819 | | | | | | | | | | | | | | | | | | | |
| Ward | 443-900-3268 | | | | | | | | | | | | | 21 | (15) | 5 | | | | |
| Ward | 443-900-3268 | | | | | | | | | | | | | 21 | (16) | 20 | | 1 (19) | | |
| Ward | 410-299-3080 | | 1 | | | | | | | (18) | | | | | | | 28 | | | |
| Ward | 443-900-3268 | | 1 | | | | | | | (18) | | | | | | | 28 | | | |
| Hendrix | 443-845-8116 | | | | 1 | | | (13) | | | | 31 | | | | | | | | |
| Hendrix | 410-258-3820 | | | | | | 1 | | (14) | | | | | 7 | | | | | | |
| Hendrix | 410-258-3820 | | | | | | | | | | | | | 21 | (15) | 5 | | 1 (19) | | |
| Hendrix | 410-258-3820 | | | | | | | | | | | | | 21 | (16) | 20 | | | | |
| Taylor | 202-802-6949 | | | | 1 | | | (13) | | | | 31 | | | | | | | | |
| Taylor | 202-802-6949 | | | | | | | | | | | | | 21 | (15) | 5 | | 1 (19) | | |
| Taylor | 202-802-6949 | | | | | | | | | | | | | 21 | (16) | 20 | | | | |
| Taylor | 202-802-6949 | | 1 | | | | | | | (18) | | | | | | | 28 | | | |
| Taylor | 410-258-3820 | | 1 | | | | | | | (18) | | | | | | | 28 | | | |
| Hersl | 410-299-3080 | | | | 1 | | | (13) | | | | 31 | | | | | | | | |
| Hersl | 410-299-3080 | | | | | | | | | | | | | 21 | (15) | 5 | | 1 (19) | | |
| Hersl | 410-299-3080 | | | | | | | | | | | | | 21 | (16) | 20 | | | | |
| Hersl | 443-314-3621 | | | 1 | | | | | | (18) | | | | | | | 28 | | | |

Legend:
- Pen Reg.
- Rec./Info
- Tap
- (X) Warrant Number
- X Beginning Day
- X Ending Day
- Search
- Track
- Track Info

**GTTF Warrant Timeline**     **EXHIBIT A**

| GTTF Warrant | Warrant Number | Date |
|---|---|---|
| 1 | 16-152 | 3/14/2016 |
| 2 | 16-189 | 3/18/2016 |
| 3 | 16-306 | 5/16/2016 |
| 4 | 16-307 | 5/16/2016 |
| 5 | 16-308 | 5/16/2016 |
| 6 | 16-mc-363 | 6/8/2016 |
| 7 | 16-189 | 8/5/2016 |
| 8 | 16-2035-ADC | 8/10/2016 |
| 9 | 16-2103-JMC | 8/19/2016 |
| 10 | 16-2238 & 9-SAG | 8/26/2016 |
| 11 | 16-mc-633 | 8/26/2016 |
| 12 | 16-mc-634 | 8/26/2016 |
| 13 | 16-641 | 8/31/2016 |
| 14 | 16-mc-744 | 10/7/2016 |
| 15 | 16-778 | 10/21/2016 |
| 16 | 16-2855-BPG | 10/28/2016 |
| 17 | 16-3369-SAG | 12/29/2016 |
| 18 | 17-158 | 2/24/2017 |
| 19 | 17-587 thru 601-SAG | 2/24/2017 |
| 20 | 17-602-SAG | 2/24/2017 |
| 21 | 17-623-SAG | 2/27/2017 |
| 22 | 17-624-SAG | 2/27/2017 |
| 23 | 17-159 | 2/27/2017 |

| Shropshire Warrant | Warrant Number | Date |
|---|---|---|
| 1 | 16mc361 | 6/8/2016 |

Pen Reg.

Rec./Info

Tap

Search

Track

Track Info

Not GTTF