# EXHIBIT C

## U.S. Attorney General Loretta Lynch and the Baltimore "Pattern and Practice" Investigation

a) U.S. Department of Justice Press Release; *Statement by Attorney General Lynch on the Situation in Baltimore* ; April 27, 2015; Washington, D.C.

b) Hedgpeth, Dana and Horwitz, Sari; *Attorney general talks with leaders in Baltimore after riots, protests there;* May 5, 2015; Washington Post

c) Staff Reporters; *Loretta Lynch says Baltimore police engaged in 'unlawful and unconstitutional conduct';* August 10, 2016; The Baltimore Sun

d) U.S. Department of Justice Press Release; *Attorney General Loretta E. Lynch Delivers Remarks at Press Conference Announcing a Consent Decree with City of Baltimore;* January 12, 2017; Baltimore, Md.

**Department of Justice**

**Office of Public Affairs**

---

FOR IMMEDIATE RELEASE

Monday, April 27, 2015

Statement by Attorney General Lynch on the Situation in Baltimore

Attorney General Loretta Lynch released the following statement on the situation in Baltimore, Maryland:

"I condemn the senseless acts of violence by some individuals in Baltimore that have resulted in harm to law enforcement officers, destruction of property and a shattering of the peace in the city of Baltimore. Those who commit violent actions, ostensibly in protest of the death of Freddie Gray, do a disservice to his family, to his loved ones, and to legitimate peaceful protestors who are working to improve their community for all its residents.

"The Department of Justice stands ready to provide any assistance that might be helpful. The Civil Rights Division and the FBI have an ongoing, independent criminal civil rights investigation into the tragic death of Mr. Gray. We will continue our careful and deliberate examination of the facts in the coming days and weeks. The department's Office of Community Oriented Policing Services has also been fully engaged in a collaborative review of the Baltimore City Police Department. The department's Community Relations Service has already been on the ground, and they are sending additional resources as they continue to work with all parties to reduce tensions and promote the safety of the community. And in the coming days, Vanita Gupta, head of the Civil Rights Division, and Ronald Davis, Director of Community Oriented Policing Services, will be traveling to Baltimore to meet with faith and community leaders, as well as city officials.

"As our investigative process continues, I strongly urge every member of the Baltimore community to adhere to the principles of nonviolence. In the days ahead, I intend to work with leaders throughout Baltimore to ensure that we can protect the security and civil rights of all residents. And I will bring the full resources of the Department of Justice to bear in protecting those under threat, investigating wrongdoing, and securing an end to violence."

**Press Release Number: 15-522**

# Attorney general talks with leaders in Baltimore after riots, protests there

Attorney General Loretta Lynch shakes hands with students before meeting with members of Congress and faith leaders at the University of Baltimore on Tuesday. (Pool photo by Jose Luis Magana/ AP)

By Dana Hedgpeth and Sari Horwitz, Washington Post
May 5, 2015

U.S. Attorney General Loretta E. Lynch met with political and law enforcement leaders in Baltimore on Tuesday following the recent unrest over the death of 25-year-old Freddie Gray.

Gray died last month of injuries allegedly suffered in police custody, and his death triggered days of protests in the streets of Baltimore. Six police officers have been criminally charged in his death.

On Tuesday, Lynch said it was inspiring to see people come together to reclaim the city after days of riots and protests. "This is a flash-point situation," Lynch told the group, which included an attorney for Gray's family. "We lost a young man's life, and it begins to represent so many things."

Lynch and several of her top aides talked with members of Congress and faith and community leaders Tuesday, as well as elected city and law enforcement officials. Lynch also met behind closed doors with members of Gray's family.

Lynch pledged that the Justice Department would give assistance to Baltimore, including helping the city find ways to improve its police department. "We're here to hold your hands and provide support," Lynch said.

Lynch was sworn in as the 83rd attorney general April 27, in a ceremony that took place at the same time as Gray's funeral. She is the first African American woman to serve as the country's top law enforcement official.

Also Tuesday, legislative leaders in Annapolis announced that a work group has been formed to study police practices and police-community relations throughout the state.

Senate President Thomas V. Mike Miller (D-Calvert) and House Speaker Michael E. Busch (D-Anne Arundel) said the panel will review police training, recruiting and hiring practices, community policing policies and the state's Law Enforcement Officers' Bill of Rights, which, among other things, gives officers 10 days to prepare before cooperating with an investigation.

The panel will be chaired by Del. Curtis S. Anderson (D-Baltimore), who has worked for years on criminal justice reform, and Sen. Catherine E. Pugh (D-Baltimore), who was a prominent figure on the streets of Baltimore in the days after the unrest.

Del. Jill P. Carter (D-Baltimore), who will serve on the panel, predicted after Gray's death that state officials would take steps to address concerns about police conduct.

"I think it is now on the governor's radar," Carter said before Gray's funeral. "The culture of policing needs to be changed across the state and across the country."

# Loretta Lynch says Baltimore police engaged in 'unlawful and unconstitutional conduct'

**By STAFF REPORTS**

THE BALTIMORE SUN

AUG 10, 2016 AT 10:52 AM

U.S. Attorney General Loretta Lynch speaks about Baltimore during a news conference at the Justice Department May 8, 2015 in Washington, DC. Attorney General Lynch announced the Justice Department will launch a probe into possible civil rights violations involving the Baltimore Police Department. (Photo by Mark Wilson/Getty Images)

U.S. Attorney General Loretta Lynch said Wednesday upon the release of the Department of Justice report investigating Baltimore that the city's police department "engaged in ... unlawful and unconstitutional conduct."

In a statement following the release of the report, Lynch said: "Public trust is critical to effective policing and public safety. Our investigation found that Baltimore is a city where the bonds of trust have been broken, and that the Baltimore Police Department engaged in a pattern or practice of unlawful and unconstitutional conduct, ranging from the use of excessive force to unjustified stops, seizures and arrests.  The results of our investigation raise serious concerns, and in the days ahead, the Department of Justice will continue working tirelessly to ensure that all Baltimoreans enjoy the safety, security and dignity they expect and deserve.  I am grateful to all of the community members, local officials, faith leaders and current and former police officers who spoke with us during the course of our inquiry, and whose input will remain critical to our efforts as we move forward.  Additionally, I commend the city and BPD for its proactive and collaborative approach to our inquiry and for demonstrating a strong commitment to restoring public confidence by already taking steps to make needed changes.  I look forward to continuing our work together to implement urgent and necessary reforms."

Vanita Gupta, the deputy assistant attorney general, and head of the department's Civil Rights Division, said the department eroded trust in the city.

"We found that BPD has engaged in a pattern or practice of serious violations of the U.S. Constitution and federal law that has disproportionately harmed Baltimore's African-American community and eroded the public's trust in the police. The agency also fails to provide officers with the guidance, oversight and resources they need to police safely, constitutionally and effectively.  In communities across America, even in communities where trust has been broken, we've seen transformative reform rebuild relationships and advance public safety.  In the weeks ahead, as we negotiate our consent decree with the city, we will seek input from law enforcement and community members.  With the city and commissioner's commitment to reform, I am optimistic that we will work to drive that same progress in Baltimore."

**Attorney General Loretta E. Lynch Delivers Remarks at Press Conference Announcing a Consent Decree with City of Baltimore**

Baltimore, MD

---

Thursday, January 12, 2017

Thank you, mayor [Catherine] Pugh. I want to thank you for welcoming me to Baltimore today, and I want to thank you and commissioner [Kevin] Davis for your cooperation, dedication and commitment to reform. I also want to thank Vanita Gupta, the outstanding leader of the Justice Department's Civil Rights Division, and her team for their tremendous work in bringing about today's agreement.

Twenty-one months ago, I took the oath of office as Attorney General of the United States on the same day that Freddie Gray was laid to rest here in Baltimore. That was a difficult day for a city that had already endured weeks of tension and protest, as feelings of mistrust and suspicion unfortunately boiled over into violence and unrest. Several days later, I came here on my first trip as Attorney General. I met with law enforcement officers; with the civic, religious and community leaders of the city; and with young people. And in each meeting, what we heard was loud and clear: the people of Baltimore love their city – and because of their love, they were disturbed by the deeply-rooted mistrust between law enforcement officers and the community they serve. They could not abide the breakdown of that trust. They wanted to make things better.

Shortly after my visit, the Justice Department launched a comprehensive investigation into the Baltimore Police Department. That investigation allowed us to hear the pain, anger and frustration of many community members. It allowed us to hear from local police officers about where their training falls short and what hardships they face in the field. And the investigation allowed us to identify specific areas where BPD's systems prevent it from lawfully and effectively serving the community it is sworn to protect. In August 2015, we concluded that the police department had engaged in a pattern or practice of conduct that violated the Constitution and federal law – conduct that eroded trust and deprived the people of Baltimore of the rights and protections guaranteed to every American. And we noted that the strains in community trust harmed all who call Baltimore home – its residents and its law enforcement officers alike.

Today, I am proud to announce that as a result of that investigation – and after thorough, good-faith negotiations – the Department of Justice and the city of Baltimore have agreed to enter into a court-enforceable consent decree to remedy the violations identified in our pattern or practice investigation. Through this agreement, we are moving forward together to heal the tension in the relationship between BPD and the community it serves. The agreement is robust and comprehensive. It includes a range of reforms to achieve our three main goals: to ensure effective and constitutional policing, to restore community's trust in law enforcement and to advance public and officer safety. It will help BPD gain the cooperation it needs from residents to fight and prevent crime. Most importantly, it reflects significant input from the people of Baltimore.

That involvement has been vital at every phase – from the investigation to the negotiation of this agreement – and it will continue to be critical as we implement reforms. Because, as we know well, the future of Baltimore belongs to the people of this great city: to those who wear the badge and to

those who seek its protection. Your commitment, dedication and determination have brought these reforms to the table today. And they will make the difference as we seek to realize the better future that is our shared goal.

We have no illusions that the change we seek will be easy. It will require a great deal of work from the leadership and officers of the Baltimore Police Department. It will require persistent feedback and input from community members. It will require the continued leadership and engagement of leaders like Mayor Pugh and Commissioner Davis. And it will require sustained efforts from all parties to mend, strengthen and solidify the trust between law enforcement and the community – the trust that is the bedrock of Baltimore's public safety.

But I am confident that we are equal to that task. During my 21 months in office, I have learned something about the spirit of this proud city. This is a city of passionate and determined people. It is a city that is honest about its shortcomings and hopeful about its possibilities. And it is a city that will do the hard work to realize the brighter future its residents deserve.

We have met with, heard from and admired so many of you. We could not be prouder to be your partners on this journey towards making Baltimore a community that protects the dignity, rights and safety of all its people. And the Department of Justice will continue to stand with you to ensure that the reforms of this consent decree are implemented – and that our shared vision of a safer, stronger, more united Baltimore are realized.

At this time, I'd like to introduce Vanita Gupta, head of the Justice Department's Civil Rights Division, who will be providing more detail on the consent decree.