# EXHIBIT D

-----Original Message-----
**From:** Jones, KevinA
**Sent:** Friday, December 18, 2015 09:33 PM Eastern Standard Time
**To:** Allers, Thomas; Ernich, Chris; Burns, John E.
**Cc:** Furlong, William; Devine, Timothy; Burrus, Torran
**Subject:** Transfer of Daniel Hersl

Gentlemen,

I respectfully request the immediate transfer of Det. D. Hersl from ES Ceasefire to GTTF. Admin Section please provide the necessary supporting documentation next week.

THANKS


Sent with Good (www.good.com)
Captain Kevin A. Jones Sr.
Commander
Operational Intelligence Section

410-396-2626 (O)