# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

March 5, 2020

## MEMORANDUM TO COUNSEL

Re: *United States v. Daniel Hersl*
Criminal No. CCB-17-0106

Dear Counsel:

In response to defense counsel's letter dated January 13, 2020 (ECF 543), permission to send protected discovery material to Daniel Hersl is Denied.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Sincerely yours,

/S/ *CCB*

Catherine C. Blake
United States District Judge

# EXHIBIT J