USCA4 Appeal: 19-7861    Doc: 16    Filed: 02/18/2020    Pg: 70 of 623
Case 1:17-cr-00106-CCB   Document 663-2   Filed 06/01/21   Page 1 of 2
Case 1:14-cr-00271-ELH   Document 89   Filed 07/11/17   Page 1 of 2



Exhibit 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | **UNDER SEAL** |
| ) | |
| v. ) | **CRIMINAL NO. 14-271-ELH** |
| ) | |
| **KEYON PAYLOR,** ) | |
| ) | |
| **Defendant** ) | |
| ) | |

## GOVERNMENT'S NOTICE OF WITHDRAWAL OF
## MOTION TO REDUCE SENTENCE (ECF 86)

The United States of America, by and through its undersigned attorneys, respectfully requests that its Motion to Reduce Sentence Pursuant to Rule 35 (ECF 86) be withdrawn. In consultation with defense counsel Katherine Tang Newberger of the Office of the Federal Public Defender, Mr. Paylor has decided that he does not want to pursue a sentence reduction pursuant to Rule 35 at this time. Accordingly, the Government withdraws its motion. A proposed order is attached.

Respectfully submitted,

STEPHEN M. SCHENNING
ACTING UNITED STATES ATTORNEY

By: _____/s/_____
Derek E. Hines
Leo J. Wise
Assistant United States Attorneys
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
(410) 209-4800

Date:   July 11, 2017.

112

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of the foregoing were sent electronically to counsel for the defendant.

_____/s/_____
Derek E. Hines
Assistant United States Attorney