IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. CCB-17-106 |
| | * | |
| DANIEL HERSL | * | |

*******

## ORDER

The pending motions related to the Motion to Vacate (ECF 615) filed by Daniel Hersl have been reviewed.  It is hereby ORDERED that:

1. Hersl's motion to rescind (ECF 656), motion for U.S. Attorney to sign (ECF 665), motion to recuse (ECF 666), and motion to appoint counsel (ECF 667) are Denied;

2. Hersl's motion for extension of time (ECF 668) is Granted;

3. Hersl's reply to the government's response is due August 13, 2021; and

4. The Clerk shall send copies of this Order to Hersl, to Jane Shott, and to counsel of record.

Date:  June 8, 2021                          /S/
                                     Catherine C. Blake
                                     United States District Judge