FILED _____ ENTERED
_____ LODGED _____ RECEIVED

NOV 1 2 2021      11/2/21

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

The Honorable Judge Catherine C. Blake,

Your Honor I'm writing in reference to a Court Order authorized by you in reference to an Amended Judgement in a Criminal Case for the amount of $ 20,000 & $ 7,893.00. Judge Blake I ask you to rescind this order on the grounds that I was never sent any documents or legal paperwork through the U.S.A.O. nor was I ever notified or sent any documents by my trial lawyer on the restitution subject. Here again I was never offered a lawyer to represent my issues on restitution. 3½ years after the fact I was called down to my Unit team Counselors office and pretty much forced to sign the document for restitution. Judge Blake I was denied Any due process in this matter and can prove that NO notice advising me of my rights to argue this matter was/were ever provided. Again Judge Blake please rescind this order. Thank you for your time on this particular matter. Your Honor I challenge the U.S.A.O. And my trial lawyer to provide any evidence of notification or due process rights that should have been afforded to me on this issue.

Sincerely,
Daniel Thomas Hersl  inmate # 62926-037
Daniel Thomas Hersl

Daniel Herst #62926-037

Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

SPRINGFIELD MO 658

4 NOV 2021   PM 3  L



COURT SECURITY OFFICER

NOV 8 _ 2021

Honorable Judge Catherine C. Blake
101 W. Lombard ST.
Balto. MD. 21201

FILED MARYLAND ENTERED
LODGED RECEIVED

NOV 1 2 2021   (L)

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                              DEPUTY

CRL

21201-260599

CCB-17-CR-0106