Before completing this application please review Program Statement 5050.50 Compassionate Release/Reduction in Sentence (RIS), available in the law library. Detailed instructions for the application are on TRULINKS. PLEASE SEE YOUR UNIT TEAM REGARDING THE ELDERLY OFFENDER PILOT PROGRAM OR OTHER EARLY RELEASE PROGRAMS.

## REDUCTION IN SENTENCE APPLICATION

NAME: Hersl, Daniel  REG No. 62926-037  Date: 4/27/23

WHO IS YOUR PHYSICIAN (circle): (Moose)  Satterly

Choose **One** Criteria: You can only apply under one criteria.

**Extraordinary/Compelling Circumstances:**
- [ ] Medical Circumstances:
  - [ ] Terminal Medical Condition – Terminal Diagnosis with 18 months or less life expectancy
  - [x] Debilitated Medical Condition – Illness that has you partially (50%) or completely (100%) disabled
- [ ] Elderly Inmates with a Medical Condition:
  - [ ] "New Law" Elderly Inmates – Have to have served 30 years of a sentence
  - [ ] Elderly with Medical Conditions – 65 yrs. old or older, a deteriorating medical condition, served 50% of your sentence.
- [ ] Elderly Inmates without a Medical Condition: - 65 yrs. old or older, Served 10 yrs. or 75% of your sentence (which is greater)

**To be filled out by Inmate:**

Briefly describe your medical condition:
Prostate cancer. Since the few months I've been diagnosed with cancer my physical ability's have lessend And my overall body & health just is not the same.

PREVIOUSLY APPLIED: YES or (NO) (circle)? IF Yes, how has your condition changed? _____

RELEASE PLAN: (MUST PROVIDE ALL INFORMATION. ACCEPTANCE LETTER REQUIRED FOR TREATMENT PROGRAM):

Release plan contact information: NAME: Jane Shott  RELATIONSHIP TO YOU: Sister
COMPLETE ADDRESS: 11122 Reynolds Rd. Kingsville, MD 21087  TELEPHONE NUMBER: 410-456-5176
When was the last time you spoke to this person concerning your release plan? Often
Where will you receive your medical treatment? NAME OF HOSPITAL/CLINIC: Johns Hopkins Hospital
COMPLETE ADDRESS: 1700 E. Monument St. Baltimore, MD 21213  How will you pay for your treatment? Medicaid - Medicare
Have your previously received Social Security Benefits? YES or (NO)  Have your previously received VA Benefits: YES or (NO) (circle).
What is your Projected Release Date? 7/2031  Where were you sentenced (District)? Maryland
Do you have Pending Charges/Detainers? YES or (NO) (circle) Where are the charges located? _____
OTHER COMMENTS/INFORMATION: I was a police officer for 20 years in Baltimore City, Maryland. I was one of the highest decorated officer's in BPD history. I have no prior criminal history. I Also have a 15 year old son that needs his dad in his life.

**For Staff Use Only:**
PRD: 7.10.31  DTN: No  AGE: 53  PERCENTAGE SERVED: 40.1%  TIME SERVED: 6y/3m/3d as of 5/3/23.
SENTENCING DISTRICT: Maryland  CIMS: Sep & Spec Sup.  VNS: Yes.  LAST APPLICATION: _____
ICE: No  CITZ: U.S.  CASE MANAGER: CMD A (Watson)  QTR ASSIGNMENT: W03-206L 9 Build Med/Cad

Emailed 5/3/23 (AD)

**EXHIBIT 2**