

**U.S. Department of Justice**
Federal Bureau of Prisons

U.S. Medical Center for Federal Prisoners
1900 W. Sunshine Street

Office of the Warden

Springfield, Missouri 65807

May 10, 2023

Hersl, Daniel
Reg. No. 62926-037

RE:     Request for Reduction in Sentence

Dear Mr. Hersl,

You requested a reduction in sentence (RIS) based on your medical condition. This letter is to advise you that your request was reviewed considering all factors listed in Section 7 of Program Statement 5050.50.

After careful review of your case, your request has been denied because you do not meet the medical criteria. While you have chronic medical issues, you do not have a debilitating medical condition that leaves you disabled or capable of only limited self-care. You live on an ambulatory, Work Cadre unit. Medical records indicate you are able to care for yourself and need no assistance with your activities of daily living. Accordingly, you are not appropriate for RIS at this time.

If you are not satisfied with this decision, you may exercise your appeal rights through the Administrative Remedy Procedure by contacting your unit counselor.

Sincerely,

E. Williams
Warden

**EXHIBIT 3**