Before completing this application, please review Program Statement 5050.50, Compassionate Release/Reduction in Sentence (RIS), available in the law library. Detailed instructions for the application are on TRULINKS. PLEASE SEE YOUR UNIT TEAM REGARDING THE ELDERLY OFFENDER PILOT PROGRAM OR OTHER EARLY RELEASE PROGRAMS.

## REDUCTION IN SENTENCE APPLICATION

NAME: _Hersl, Daniel_     REG No. _62926-037_     Date: _8-30-23_

WHO IS YOUR PHYSICIAN (circle): (Moose)    Satterly

## Choose **One** Criteria: You can only apply under one criteria.

**Extraordinary/Compelling Circumstances:**

☑ Medical Circumstances:   _Both_
- ☑ Terminal Medical Condition – Terminal Diagnosis with 18 months or less life expectancy
- ☑ Debilitated Medical Condition – Illness that has you partially (50%) or completely (100%) disabled

☐ Elderly Inmates with a Medical Condition:
- ☐ "New Law" Elderly Inmates – Have to have served 30 years of a sentence
- ☐ Elderly with Medical Conditions – 65 yrs. old or older, a deteriorating medical condition, served 50% of your sentence.

☐ Elderly Inmates without a Medical Condition: - 65 yrs. old or older, Served 10 yrs. or 75% of your sentence (which is greater)

## To be filled out by Inmate:

Briefly describe your medical condition:

_I was Diagnosed with Prostate Cancer in Feb. 2023 and had been awaiting Surgery. Well the Surgery never happened and now the Cancer has spread to my liver, lungs, tail bone, Bone and numerous Lymph Nodes throughout my body._

PREVIOUSLY APPLIED: YES or NO (circle)? IF Yes, how has your condition changed? _Cancer has spread throughout my body. Liver, Lungs, Tailbone, lymph nodes throughout my groin region to my larynx/throat._

RELEASE PLAN: (MUST PROVIDE ALL INFORMATION. ACCEPTANCE LETTER REQUIRED FOR TREATMENT PROGRAM):

Release plan contact information: NAME: _Jane Shott_    RELATIONSHIP TO YOU: _Sister_

COMPLETE ADDRESS: _11122 Reynolds RD. Kingsville, MD. 21087_   TELEPHONE NUMBER: _410-456-5176_

When was the last time you spoke to this person concerning your release plan? _Yesterday_

Where will you receive your medical treatment? NAME OF HOSPITAL/CLINIC: _Johns Hopkins University Oncology_

COMPLETE ADDRESS: _1600 E. Monument St._ How will you pay for your treatment? _____
_Balto. MD. 21205_

Have your previously received Social Security Benefits? YES or NO. Have your previously received VA Benefits? YES or NO (circle).

What is your Projected Release Date? _7/7/2031_ Where were you sentenced (District)? _Maryland_

Do you have Pending Charges/Detainers? YES or NO (circle) Where are the charges located? _N/A_

OTHER COMMENTS/INFORMATION: _Please give me a chance to seek my own medical treatment where I have trust and confidence that I'm doing everything possible to beat this cancer._

## For Staff Use Only:

PRD: _7-10-2031_ DTN: _NO_   AGE: _53_   PERCENTAGE SERVED: _36.5_   TIME SERVED: _6 Years_

SENTENCING DISTRICT: _Maryland_   CIMS: _Yes_   VNS: _yes_   LAST APPLICATION: _4-14-2020_

ICE: _NO_   CITZ: _U.S._   CASE MANAGER: _Stegall_   QTR ASSIGNMENT: _504-819L_

**EXHIBIT 4**