

**U.S. Department of Justice**
Federal Bureau of Prisons

U.S. Medical Center for Federal Prisoners
1900 W. Sunshine Street

_Office of the Warden_                          Springfield, Missouri 65807

September 29, 2023

HERSL, Daniel
Reg. No. 62926-037

RE:        Request for Reduction in Sentence

Dear Mr. Hersl,

You requested a reduction in sentence (RIS) based on your medical condition.  This letter is to inform you that your request was reviewed pursuant to 18 U.S.C § 3582(c)(1)(A) and in accordance with Program Statement 5050.50.

After careful review of your case, your request is denied. While you meet medical criteria, the other factors under the program statement are reviewed as well. You have served roughly 36.5% of your imposed sentence. Consideration of an early release would mitigate the seriousness of your sentence in consideration of time served. The nature of the offense is also considered. You greatly abused a position of public trust. Consideration of an early release would minimize the severity of your crime, which includes victims. At this point, you have no functional impairments and are still capable of physically re-offending.

If you are not satisfied with this decision, you may exercise your appeal rights through the Administrative Remedy Procedure by contacting your unit counselor.

Sincerely,

E. Williams
Warden

**EXHIBIT 5**