```
MXRAZ                   * INMATE DISCIPLINE DATA *              10-17-2023
PAGE 001 OF 001  *    CHRONOLOGICAL DISCIPLINARY RECORD    *    15:15:34

REGISTER NO: 62926-037 NAME..: HERSL, DANIEL THOMAS
FUNCTION...: PRT       FORMAT: CHRONO     LIMIT TO ___ MOS PRIOR TO 10-17-2023
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3660645 - SANCTIONED INCIDENT DATE/TIME: 08-09-2022 0751
DHO HEARING DATE/TIME: 08-30-2022 0629           DHO REPT DEL: 09-07-2022 1120
FACL/CHAIRPERSON.....: SPG/G. CREWS
REPORT REMARKS.......: THE GREATER WEIGHT OF THE EVIDENCE DOES SUPPORT THE
                       CHARGES AS WRITTEN
   299  DISRUPTIVE CONDUCT-HIGH - FREQ: 1
        DIS GCT    / 7 DAYS / CS
        COMP:010 LAW:P   DISALLOW 7 DAYS OF GGOD CONDUCT TIME
                         299 MOST LIKE 296
        LP EMAIL   / 30 DAYS / CS
                FROM: 08-30-2022  THRU: 09-28-2022
        COMP:     LAW:    30 DAYS LOSS OF EMAIL
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3432474 - SANCTIONED INCIDENT DATE/TIME: 09-11-2020 1230
UDC HEARING DATE/TIME: 09-14-2020 0953
FACL/UDC/CHAIRPERSON.: SPG/WORK CADRE/BUCKMASTER
REPORT REMARKS.......: UDC FINDS INMATE GUILTY OF REFUSING AN ORDER TO MOVE FR
                       UNIT W02 TO W01.
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP COMM    / 30 DAYS / CS / SUSPENDED 60 DAYS
        COMP:     LAW:    UDC SANCTIONS TO LOSS OF COMM FOR 30 DAYS, SUSP
                          PENDING 60 DAYS CLEAR CONDUCT.




G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

**EXHIBIT 6**