IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL HERSL,<br><br>Defendant. | CRIMINAL NO. GLR-17-0106-03 |

**PROPOSED ORDER**

Upon consideration of the Defendant's Emergency Motion for Sentence Reduction pursuant to 18 U.S.C. § 3582(c), the United States' Opposition thereto, and any reply brief, it is this ___ day of _____, 2023 hereby ORDERED that the Motion is DENIED.

_____
Hon. George L. Russell, III
United States District Judge