IN THE UNITED STATED DISTRICT COURT FOR THE
DISTRICT OF Maryland

Daniel Hersl,

Plaintiff/Petitioner,

-vs-

Case No. GLR-17-0106-3

United States of America,

Defendant/Respondent

## NOTICE OF APPEAL

Comes Now, Notice is hereby given that Daniel Hersl (name of person taking the appeal) in the above named case, hereby appeals to the United States Court of Appeals for the 4th Circuit from the final Judgment and order Compassionate Release, (Describe the order), entered in this case on November 20th, 2023.

EXECITED ON THIS 29th DAY OF November, 20 23

RESPECTFULLY SUBMITTED,

Daniel Hersl

U. S. Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this motion was sent on this 29th day of November, 2023. Prepaid postage first class mail and sent to the following person(s):

U.S. Attorney's Office - 36 S. Charles St. Baltimore, MD. 21201 Attn: Erek Barron AUSA

I hereby certify under the penalty of perjury the foregoing is true and Correct under 28 U.S.C. §1746.

Date: 11/29/23

Signed,
Daniel Hersl

Name: Daniel Hersl
Reg. No. 62926-037

Daniel T. Hersl #62926-037
MEDICAL CENTER FOR
FEDERAL PRISONERS
1900 W. SUNSHINE
SPRINGFIELD, MO 65807

SPRINGFIELD MO 658

29 NOV 2023 PM 2  L



Catherine STAVLAS
Clerk of Court
101 W. Lombard ST.
Baltimore, MD. 21201

FILED ___ ENTERED
___ LODGED SCS RECEIVED

DEC 4 2023

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ 

21201-260599

CR4