# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff | * | |
| | * | Criminal Case No. SAG-17-0106 |
| v. | * | |
| DANIEL HERSL | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

It is, this 7th day of December, 2023, HEREBY ORDERED that counsel be appointed for the limited purpose of consolidating Hersl's various filings pursuant to 28 U.S.C. §2255 into a single amended §2255 motion and participating in a hearing, if the Court deems one necessary.

/s/
Stephanie A. Gallagher
United States District Judge