IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | | |
|---|---|---|---|
| **DANIEL THOMAS HERSL** | * | | |
| | * | Crim. No. | GLR 17-106 |
| v. | * | Civ. No. | SAG-21-1747 |
| | * | | |
| **UNITED STATES OF AMERICA** | * | | |
| | * | | |

## NOTICE OF DISMISSAL OF 28 U.S.C. § 2255 MOTION

Petitioner, Daniel Thomas Hersl, through undersigned counsel, Christopher Madiou, Esq. hereby dismisses under Fed. R. Civ. P. 41(a)(1) his previously filed *pro se* motion pursuant to 28 U.S.C. § 2255, SAG-21-1747 ECF 1, GLR 17-106 ECF 685.

Respectfully submitted,

Christopher Madiou, Esq.
*Counsel for Daniel Hersl*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, April 19, 2024, a copy of the foregoing was served on all parties via ECF.

_____

Christopher Madiou, Esq.
6305 Ivy Lane, Suite 700
Greenbelt, MD 20770
917-408-6484
chris@madioulaw.com