# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **CRIMINAL NO. 17-0106-03** |
| **DANIEL HERSL,** | |
| **Defendant.** | |

## MOTION TO SEAL

The United States is moving to seal portions of its Motion for Extension of Time, ECF No. 858, because it contains confidential information related to the Defendant's diagnosis, medical records, and treatment.

WHEREFORE, the United States requests that the Court grant its Motion and seal the redacted portions of its Motion.

Respectfully submitted,

Erek L. Barron
United States Attorney

____/s/_____
Matthew P. Phelps
Assistant United States Attorney
U.S. Attorney's Office
District of Maryland
36 South Charles Street
Baltimore, Maryland 21201
(410) 209-4800
matthew.phelps@usdoj.gov