**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **CRIMINAL NO. 17-0106-03** |
| **DANIEL HERSL,** | |
| **Defendant.** | |

## MOTION TO SEAL

On August 30, 2024, the Court requested that the Government supply to the Court copies of the Defendant's most-recent medical records.  The Government filed the Defendant's medical records from August 2024 under seal at ECF No. 869.  The Government now moves to seal those records as they contain confidential information about the Defendant's diagnosis and treatment.

WHEREFORE, the United States requests that the Court grant its Motion and seal the medical records filed at ECF No. 869.

Respectfully submitted,

Erek L. Barron
United States Attorney

___/s/_____
Matthew P. Phelps
Assistant United States Attorney
U.S. Attorney's Office
District of Maryland
36 South Charles Street
Baltimore, Maryland 21201
(410) 209-4800
matthew.phelps@usdoj.gov

1