

U.S. Department of Justice

United States Attorney
District of Maryland

*Matthew Phelps*
*Assistant United States Attorney*
*Matthew.Phelps@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4920*
*MAIN: 410-209-4800*
*FAX: 410-962-9947*

October 11, 2024

(via cm/ecf)
Hon. George L. Russell, III
Chief Judge, U.S. District Court
District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

      Re:    *United States v. Hersl*, **1:17-cr-106**
             **Defendant's Second Emergency Motion for Compassionate Release**

Dear Judge Russell,

      The United States is writing to provide a limited response to the Defendant's supplemental letter filed on October 4. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ The 18-month time frame is a relevant consideration under the Bureau of Prisons Program Statement 5050.50, which states that an inmate may be considered for compassionate release for a Terminal Medical Condition where the inmate's life expectancy is 18 months or less.  https://www.bop.gov/policy/progstat/5050_050_EN.pdf  The BOP Program Statement does not alter the Court's authority under 18 U.S.C. 3582, but it provides context for the BOP's assessments.

                                                         Very truly yours,

                                                         Erek L. Barron
                                                         United States Attorney

                                                          _____/s/_____
                                                         Matthew Phelps
                                                          Assistant United States Attorney