IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL HERSL,<br><br>Defendant. | CRIMINAL NO. GLR-17-0106-03 |

## MOTION TO SEAL

The United States moves to seal the redacted portions of its Response to the Defendant's Supplement, ECF No. 886.  To seal a document the government must demonstrate that: (1) there is a compelling government interest requiring materials to be kept under seal and (2) there is no less restrictive means, such as redaction, available.  *In re Search Warrants Issued on April 26, 2004*, 353 F. Supp. 2d 584 (D. Md. 2004).  The redacted portion relates to the Defendant's medical diagnosis and should be sealed.

WHEREFORE, the United States requests that the Court grant its Motion.

Respectfully submitted,

Erek L. Barron
United States Attorney

___/s/_____
Matthew P. Phelps
Assistant United States Attorney
U.S. Attorney's Office
District of Maryland
36 South Charles Street
Baltimore, Maryland 21201
(410) 209-4800
matthew.phelps@usdoj.gov

1