# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal No.: GLR-17-106** |
| | : | |
| **DANIEL HERSL,** | : | |
| | : | |
| **Defendant** | : | |
| | : | |

## MOTION TO SEAL

The United States of America moves to seal the Government's response to the Court's January 20, 2025 Paperless Order (ECF No. 905) requesting that the Government file, under seal, the Defendant's updated medical records.

WHEREFORE, the Government requests that the Court grant its Motion.

Respectfully submitted,

Erek L. Barron
United States Attorney

By:        /s/
Ari D. Evans
Assistant United States Attorney


ORDERED as prayed, this _____ day of January, 2025

_____
Honorable Stephanie A. Gallagher
United States District Judge