# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | * |  |
| v. | * | Crim. Case No.: GLR-17-0106 |
| DANIEL THOMAS HERSL | * |  |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

In light of the recent Court action granting the Defendant's Motion to Reduce Sentence ECF Nos. 904 and 910. The Court denies the pending Motion for Reduction of Sentence as MOOT. ECF No. 856.

Dated: January 27, 2025

_____
The Honorable George L. Russell, III
United States District Chief Judge